UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN O. WILLIAMS,
    Petitioner,

v.                                         Case No. 4:24cv409-TKW/MJF

GENERAL COUNSEL FOR THE
DEPARTMENT OF CORRECTIONS,
    Respondent.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4) and Petitioner's objection (Doc. 7). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the Court does not have jurisdiction to consider Petitioner's habeas petition under 28 U.S.C. §2244(b) because it is an unauthorized second or successive petition.

The Court did not overlook Petitioner's argument that this Court has jurisdiction to consider the petition (and that he did not need authorization from the Eleventh Circuit to file it) because he suffered an "irreparable injury" when he was re-tried in violation of the Double Jeopardy Clause after he was "essentially acquitted in his first trial." However, Petitioner did not cite any authority for the

proposition that there is an "irreparable injury" exception to the jurisdictional prohibition on filing a second or successive habeas petition—and the Court is aware of no such exception.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for lack of jurisdiction.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 18th day of November, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**